IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

COREY WHITE                                                                                                PETITIONER

V.                                         No.  4:05CR00166-01

UNITED STATES OF AMERICA                                                              RESPONDENT

## ORDER

Pending are the Petitioner's motion for transcript and for waiver of service.  (Docket #'s 49 and 50).  Although the Court has the power to order a free transcript to be furnished to an indigent, the Court must first find that the suit is not frivolous and that the transcript is needed to decide the issues presented. *United States v. MacCollom*, 426 U.S. 317, 325 (1976).  Petitioner has not filed a petition for collateral relief under 28 U.S.C. §2255 or stated a particularized need for the transcript. *See United States v. Lewis*, 605 F. 2d 379 (8th Cir. 1979).  Accordingly, the motion for a transcript is denied.   Petitioner's motion for waiver of service is granted.

IT IS SO ORDERED  this 1st day of April, 2008.

_____
James M. Moody
United States District Judge