IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**COREY WHITE**                                                                                          **PETITIONER**

**V.**                                       **No.  4:05CR00166-01**

**UNITED STATES OF AMERICA**                                                          **RESPONDENT**

<u>**ORDER**</u>

Pending is Petitioner Corey White's motion for reduction or modification of sentence, to proceed in forma pauperis and to appoint counsel.  (Docket #54).  Following a plea of guilty to count one of the indictment, felon in possession of a firearm in violation of 18 U.S.C. 922(g)(1) and 924(e), the Petitioner was sentenced to180 months imprisonment to run consecutively to an undischarged term of imprisonment in the Arkansas Department of Correction. Petitioner asks the court to reduce and modify his term of imprisonment.   This Court has no power to amend Petitioner's sentence as requested.  18 U.S.C. §3582(c) provides: "the court may not modify a term of imprisonment once it has been imposed except . . ."   under certain limited circumstances.  The circumstances allowing such modification do not apply here.  Accordingly, Petitioner's motion is DENIED.

IT IS SO ORDERED this 19th day of June, 2008.

_____
James M. Moody
United States District Judge