IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                               4:05-CR-00166-01-JM

COREY WHITE

**ORDER**

For the same reasons set out in the January 11, 2021 Order,[1] Defendant's Motion for Reconsideration (Doc. No. 112) is DENIED.

IT IS SO ORDERED, this 15th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 110.