# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.   4:05-CR-00166-01-JM

COREY WHITE

## ORDER

Defendant's Motion for Compassionate Release (Doc. No. 127) is DENIED.

On November 1, 2007, Defendant, who qualified as an Armed Career Criminal, was sentence to 180 months in prison for being a felon in possession of a firearm. The sentence was to run consecutive to his undischarged state sentence.[1]

Defendant now seeks compassionate release based on the United States Supreme Court ruling in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*.[2]  He also asserts that he no longer qualifies as an Armed Career Criminal.

First, "to the extent that the right recognized in *Bruen* is a previously unavailable, new rule of constitutional law, *Bruen* has not been made retroactive to cases on collateral review by the Supreme Court."[3]

Second, Defendant still qualifies as an Armed Career Criminal, since he has prior convictions for attempted capital murder, first-degree battery, and murder I.

---

[1] Doc. No. 47.

[2] 142 S. Ct. 2111 (2022).

[3] *In re Terry*, No. 22-13615-C, 2022 WL 20033240, at *2 (11th Cir. Nov. 14, 2022).

Finally, compassionate release is not warranted after consideration of the § 3553(a) factors – specifically the need for the sentence to reflect the severity of the offense and to protect the public from further crimes by Defendant.

IT IS SO ORDERED this 19th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE